# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KRUPINSKI, JESSICA LYNN | § | Case No. 11-13556 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/31/2011 . The undersigned trustee was appointed on 03/31/2011 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 260,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 114,692.70 |
| Bank service fees | | 0.00 |
| Other payments to creditors | | 57,591.94 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 15,000.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 72,715.36 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 09/08/2011 and the deadline for filing governmental claims was 09/08/2011 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 13,066.71 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 13,066.71 , for a total compensation of $ 13,066.71 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 154.53 , for total expenses of $ 154.53 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/04/2015          By: /s/Peter N. Metrou, Trustee
                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 11-13556 BWB | Judge: BRUCE W. BLACK | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | KRUPINSKI, JESSICA LYNN | | Date Filed (f) or Converted (c): | 03/31/11 (f) |
| | | | 341(a) Meeting Date: | 05/09/11 |
| For Period Ending: | 11/04/15 | | Claims Bar Date: | 09/08/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. PI Case Pending (u) | 0.00 | Unknown | | 260,000.00 | FA |
| 2. 4924 Montauk Dr, Unit 192, Plainfield, IL | 140,000.00 | 0.00 | | 0.00 | FA |
| 3. checking account with Chase | 200.00 | 0.00 | | 0.00 | FA |
| 4. savings account with Chase | 6.00 | 0.00 | | 0.00 | FA |
| 5. savings account with Harris | 100.00 | 0.00 | | 0.00 | FA |
| 6. Household goods; TV, DVD player, TV stand, stere | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. Books, Compact Discs, Tapes/Records, Family Pict | 50.00 | 0.00 | | 0.00 | FA |
| 8. Necessary wearing apparel. | 100.00 | 0.00 | | 0.00 | FA |
| 9. Earrings, watch, costume jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 10. Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | | 0.00 | FA |
| 11. Pension w/ Employer - 100% Exempt. | 10,000.00 | 0.00 | | 0.00 | FA |
| 12. Potential workers compensation suit | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $152,006.00 $0.00 $260,000.00 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PI case pending; special counsel employed.

Initial Projected Date of Final Report (TFR): 06/08/12     Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 11-13556 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | KRUPINSKI, JESSICA LYNN | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******5363 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1802 | | |
| For Period Ending: | 11/04/15 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/02/15 | 1 | Zurich American Insurance Company<br>P.O. Box 66946<br>Chicago, IL 60666-0946 | PI Settlement | 1242-000 | 260,000.00 | | 260,000.00 |
| 09/17/15 | 005001 | THEODOROS & ROOTH PC<br>8750 BROADWAY, SUITE A<br>MERRILLVILLE, IN 46410 | Spec Csl fees/Costs per 6-12-15 O/C | | | 114,692.70 | 145,307.30 |
| | | | Fees        86,666.67 | 3210-000 | | | |
| | | | Expenses    28,026.03 | 3220-000 | | | |
| 09/17/15 | 005002 | JESSICA LYNN KRUPINSKI<br>2104 BROOKSHIRE ESTATES COURT<br>PLAINFIELD, IL  60586 | Debtor exemption | 8100-000 | | 15,000.00 | 130,307.30 |
| 09/17/15 | 005003 | TRAVELERS<br>P.O. BOX 12647<br>READING, PA 19612-2647 | Lien Settlement per 6-12-15 O/C | 4210-000 | | 57,591.94 | 72,715.36 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 260,000.00 | 187,284.64 | 72,715.36 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 260,000.00 | 187,284.64 | |
| Less:  Payments to Debtors | | 15,000.00 | |
| Net | 260,000.00 | 172,284.64 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******5363 | 260,000.00 | 172,284.64 | 72,715.36 |
| | 260,000.00 | 172,284.64 | 72,715.36 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Page Subtotals | 260,000.00 | 187,284.64 | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 11-13556 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- |
| Case Name: | KRUPINSKI, JESSICA LYNN | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******5363 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1802 | | |
| For Period Ending: | 11/04/15 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account (Non-Interest Earn - ********5363)

| | | | | Page Subtotals | 0.00 | 0.00 | |

ANALYSIS OF CLAIMS REGISTER
Exhibit C

CASE NO: 11-13556-BWB
CASE NAME: KRUPINSKI, JESSICA LYNN
CLAIMS BAR DATE: 09/08/11
CLAIMS REVIEWED BY: Peter N. Metrou, Trustee

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Peter N. Metrou, Trustee<br>123 W. Washington Street<br>Suite 216<br>Oswego, IL 60543 | Administrative | | 0.00 | 13,066.71 | 13,066.71 |
| | Peter N. Metrou, Trustee<br>123 W. Washington Street<br>Suite 216<br>Oswego, IL 60543 | Administrative | | 0.00 | 154.53 | 154.53 |
| | | | Subtotal for Class Administrative | 0.00 | 13,221.24 | 13,221.24 |
| 000002<br>050<br>4110-00<br>Real Estate<br>-<br>Consensual<br>Liens | Hampton Glen Master Operating Association<br>c/o David Kolb, Attorney<br>30 North LaSalle Street, Suite 2100<br>Chicago, IL 60602 | Secured | Withdrawn 10-13-15 | 0.00 | 0.00 | 0.00 |
| | | | Subtotal for Class Secured | 0.00 | 0.00 | 0.00 |
| 999<br>8200-00<br>Surplus<br>Funds Paid<br>to Debtor | JESSICA LYNN KRUPINSKI<br>2104 BROOKSHIRE ESTATES COURT<br>PLAINFIELD, IL 60586 | Unsecured | | 0.00 | 0.00 | 48,665.80 |
| 000001<br>070<br>7100-00<br>General<br>Unsecured<br>726(a)(2) | Dermatology Limited<br>Attn: Bankruptcy Dept.<br>2051 Plainfield Rd<br>Crest Hill, IL 60403 | Unsecured | | 42.00 | 100.50 | 100.50 |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000003 070 7100-00 General Unsecured 726(a)(2) | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | 2,477.00 | 2,477.54 | 2,477.54 |
| 000004 070 7100-00 General Unsecured 726(a)(2) | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | 1,521.00 | 1,521.58 | 1,521.58 |
| 000005 070 7100-00 General Unsecured 726(a)(2) | American InfoSource LP as agent for Target PO Box 248866 Oklahoma City, OK 73124-8866 | Unsecured | | 2,883.00 | 3,138.22 | 3,138.22 |
| 000006 070 7100-00 General Unsecured 726(a)(2) | Capital One, N.A. c/o Creditors Bankruptcy Service P.O. Box 740933 Dallas, TX 75374 | Unsecured | | 795.00 | 946.54 | 946.54 |
| 000007 070 7100-00 General Unsecured 726(a)(2) | Midland Funding LLC by it's authorized agent Recoser LLC 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | (7-1) WALMART | 530.00 | 541.92 | 541.92 |
| 000008 070 7100-00 General Unsecured 726(a)(2) | LVNV Funding LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | | 1,651.00 | 1,970.90 | 1,970.90 |
| | | Subtotal for Class Unsecured | | 9,899.00 | 10,697.20 | 59,363.00 |
| | | Case Totals: | | 9,899.00 | 23,918.44 | 72,584.24 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-13556
Case Name: KRUPINSKI, JESSICA LYNN
Trustee Name: Peter N. Metrou, Trustee

Balance on hand $ 72,715.36

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002 | Hampton Glen Master Operating Association | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 72,715.36

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ 13,066.71 | $ 0.00 | $ 13,066.71 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 154.53 | $ 0.00 | $ 154.53 |

Total to be paid for chapter 7 administrative expenses $ 13,221.24

Remaining Balance $ 59,494.12

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,697.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Dermatology Limited | $ 100.50 | $ 0.00 | $ 100.50 |
| 000003 | Chase Bank USA, N.A. | $ 2,477.54 | $ 0.00 | $ 2,477.54 |
| 000004 | Chase Bank USA, N.A. | $ 1,521.58 | $ 0.00 | $ 1,521.58 |
| 000005 | American InfoSource LP as agent for | $ 3,138.22 | $ 0.00 | $ 3,138.22 |
| 000006 | Capital One, N.A. | $ 946.54 | $ 0.00 | $ 946.54 |
| 000007 | Midland Funding LLC by it's | $ 541.92 | $ 0.00 | $ 541.92 |
| 000008 | LVNV Funding LLC | $ 1,970.90 | $ 0.00 | $ 1,970.90 |

Total to be paid to timely general unsecured creditors   $   10,697.20

Remaining Balance   $   48,796.92

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.3 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 131.12 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 48,665.80 .