UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re: § 
 § 
KRUPINSKI, JESSICA LYNN § Case No. 11-13556
 § 
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF THE COURT
          219 South Dearborn
          Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 12/04/2015 in Courtroom ,
          Joliet City Hall
          150 West Jefferson, 2nd Floor
          Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>11/11/2015</u>         By: _____


*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
KRUPINSKI, JESSICA LYNN § Case No. 11-13556
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 260,000.00 |
| and approved disbursements of | $ | 187,284.64 |
| leaving a balance on hand of[1] | $ | 72,715.36 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002 | Hampton Glen Master Operating Association | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to secured creditors | | | $ | 0.00 |
| | Remaining Balance | | | $ | 72,715.36 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ 13,066.71 | $ 0.00 | $ 13,066.71 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 154.53 | $ 0.00 | $ 154.53 |
| Total to be paid for chapter 7 administrative expenses | | $ | 13,221.24 |
| Remaining Balance | | $ | 59,494.12 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,697.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Dermatology Limited | $ 100.50 | $ 0.00 | $ 100.50 |
| 000003 | Chase Bank USA, N.A. | $ 2,477.54 | $ 0.00 | $ 2,477.54 |
| 000004 | Chase Bank USA, N.A. | $ 1,521.58 | $ 0.00 | $ 1,521.58 |
| 000005 | American InfoSource LP as agent for | $ 3,138.22 | $ 0.00 | $ 3,138.22 |
| 000006 | Capital One, N.A. | $ 946.54 | $ 0.00 | $ 946.54 |
| 000007 | Midland Funding LLC by it's | $ 541.92 | $ 0.00 | $ 541.92 |
| 000008 | LVNV Funding LLC | $ 1,970.90 | $ 0.00 | $ 1,970.90 |

Total to be paid to timely general unsecured creditors          $          10,697.20

Remaining Balance                                              $          48,796.92

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

    To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.3 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 131.12 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

    The amount of surplus returned to the debtor after payment of all claims and interest is $ 48,665.80 .

                                                       **Prepared By:** /s/_____

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                                    Case No. 11-13556-BWB
Jessica Lynn Krupinski                                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: adragonet          Page 1 of 2              Date Rcvd: Nov 12, 2015
                            Form ID: pdf006          Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2015.
```
db           +Jessica Lynn Krupinski,   2104 Brookshire Estates Court,   Plainfield, IL 60586-6200
20320033      American InfoSource LP as agent for TD Bank, USA,   PO Box 248866,
               Oklahoma City, OK  73124-8866
17051098     +CHASE,   Attn: Bankruptcy Dept.,   Po Box 15298,   Wilmington, DE 19850-5298
17051100     +CHASE,   Attn: Bankruptcy Dept.,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
17487500     +Capital One, N.A.,   c/o Creditors Bankruptcy Service,   P.O. Box 740933,
               Dallas, TX 75374-0933
17478201      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
17051102     +Chase Home Finance,   Bankruptcy Department,   PO Box 24696,   Columbus, OH 43224-0696
17051116     +City of Chicago Bureau Parking,   Department of Revenue,   PO Box 88292,
               Chicago, IL 60680-1292
17051108     +City of Chicago/Dept. of Rev.,   Cost Recovery & Coll. Div.,   121 N. LaSalle St., Room 107A,
               Chicago, IL 60602-1232
17051104     +Codilis & Associates, PC,   Bankruptcy Department,   15W030 N. Frontage Rd. #100,
               Burr Ridge, IL 60527-6921
17051091     +Creditors Discount & A,   Attn: Bankruptcy Dept.,   415 E Main St,   Streator, IL 61364-2927
17051107     +David Kolb,   30 North LaSalle, Ste 2100,   Chicago, IL 60602-2575
17051093     +Equifax,   Attn: Bankruptcy Dept.,   PO Box 740241,   Atlanta, GA 30374-0241
17051094     +Experian,   Attn: Bankruptcy Dept.,   PO Box 2002,   Allen, TX 75013-2002
17051121     +HRRG,   Attn: Bankruptcy Dept.,   PO Box 189053,   Fort Lauderdale, FL 33318-9053
17051099    ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
             (address filed with court: HSBC/Bsbuy,   Attn: Bankruptcy Dept.,   Po Box 15519,
               Wilmington, DE 19850)
17051105     +Hampton Glen,   Attn: Bankruptcy Dept.,   PO Box 7110,   Libertyville, IL 60048-7110
17438294     +Hampton Glen Master Operating Association,   c/o David Kolb, Attorney,
               30 North LaSalle Street, Suite 2100,   Chicago, IL 60602-2575
17051109    #+M&M Orthopaedics LTD,   Attn: Bankruptcy Dept.,   4300 Commerce Ct Ste230,
               Lisle, IL 60532-3698
17051117     +Naperville Radiologists,   Attn: Bankruptcy Department,   Box 70,   Hinsdale, IL 60522-0070
17051119     +PLantation Billing Center,   Attn: Bankruptcy Dept.,   PO Box 189016,
               Fort Lauderdale, FL 33318-9016
17051111     +Prairie Emergency,   Attn: Bankruptcy Dept.,   PO Box 189016,   Fort Lauderdale, FL 33318-9016
17051124     +Provena St. Joseph Hospital,   Attn: Bankruptcy Department,   77 North Airlite Street,
               Elgin, IL 60123-4998
17051118     +Shorewood Family Dental,   Attn: Bankruptcy Dept.,   607 W Jefferson St,
               Shorewood, IL 60404-3702
17051101     +Target NB,   Attn: Bankruptcy Dept.,   Po Box 673,   Minneapolis, MN 55440-0673
17051095     +Transunion,   Attn: Bankruptcy Dept.,   PO Box 1000,   Chester, PA 19016-1000
17051106     +Will County Circuit Court,   Doc # 10 LM 3364,   14 W. Jefferson St,   Joliet, IL 60432-4300
17051103     +Will County Circuit Court,   Doc #10CH3034,   14 W. Jefferson St,   Joliet, IL 60432-4300
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17051120     +E-mail/Text: g17768@att.com Nov 13 2015 02:58:07      AT&T U-verse,   Bankruptcy Department,
               PO Box 1857,   Alpharetta, GA 30023-1857
17485195      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 13 2015 03:34:34
               American InfoSource LP as agent for,   Target,   PO Box 248866,
               Oklahoma City, OK  73124-8866
17051112     +E-mail/Text: customerservice@jolietcity.org Nov 13 2015 02:59:38      City of Joliet,
               Finance Department,   150 W. Jefferson St.,   Joliet, IL 60432-4148
17051115     +E-mail/Text: legalcollections@comed.com Nov 13 2015 03:01:35      Commonwealth Edison,
               Attn: System Credit/BK Dept,   3 Lincoln Center 4th Floor,   Oakbrook Terrace, IL 60181-4204
17051087     +E-mail/Text: clerical.department@yahoo.com Nov 13 2015 02:58:04      Creditors Collection B,
               Attn: Bankruptcy Dept.,   755 Almar Pkwy,   Bourbonnais, IL 60914-2393
17051113     +E-mail/Text: jrenas@pdskin.com Nov 13 2015 02:58:37      Dermatology Limited,
               Attn: Bankruptcy Dept.,   2051 Plainfield Rd,   Crest Hill, IL 60403-1865
17051110     +E-mail/Text: bankruptcy@edward.org Nov 13 2015 03:00:57      Edward Hospital,
               Attn: Bankruptcy Department,   801 S. Washington st.,   Naperville, IL 60540-7499
17751429      E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2015 03:15:25      GE Money Bank,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
17051096     +E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2015 03:15:26      GEMB/Walmart,
               Attn: Bankruptcy Dept.,   Po Box 981400,   El Paso, TX 79998-1400
17051097     +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 13 2015 02:58:23      Kohls/Chase,
               Attn: Bankruptcy Dept.,   N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
17751625      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 13 2015 03:13:04      LVNV Funding LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
19927265      E-mail/PDF: rmscedi@recoverycorp.com Nov 13 2015 03:15:33      Midland Funding LLC,
               By its authorized agent Recoser, LLC,   25 SE 2nd Ave, Suite 1120,   Miami, FL 33131-1605
17051114     +E-mail/Text: bankrup@aglresources.com Nov 13 2015 02:57:56      Nicor Gas,
               Bankruptcy Department,   PO Box 549,   Aurora, IL 60507-0549
17051122     +E-mail/Text: jrenas@pdskin.com Nov 13 2015 02:58:37      Premier Dermatology,
               Attn: Bankruptcy Dept.,   2051 Plainfield Rd,   Crest Hill, IL 60403-1865
19927266      E-mail/PDF: rmscedi@recoverycorp.com Nov 13 2015 03:15:34
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
```

```
District/off: 0752-1           User: adragonet              Page 2 of 2                   Date Rcvd: Nov 12, 2015
                               Form ID: pdf006              Total Noticed: 44

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
17051123         Fax: 866-419-3894 Nov 13 2015 04:41:35      US Cellular,    Bankruptcy Department,    PO Box 7835,
                  Madison, WI 53707-7835
                                                                                                        TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Kelly Sheets
17051088*      +Creditors Collection B,    Attn: Bankruptcy Dept.,    755 Almar Pkwy,
                 Bourbonnais, IL 60914-2393
17051089*      +Creditors Collection B,    Attn: Bankruptcy Dept.,    755 Almar Pkwy,
                 Bourbonnais, IL 60914-2393
17051090*      +Creditors Collection B,    Attn: Bankruptcy Dept.,    755 Almar Pkwy,
                 Bourbonnais, IL 60914-2393
17051092*      +Creditors Discount & A,    Attn: Bankruptcy Dept.,    415 E Main St,    Streator, IL 61364-2927
                                                                                       TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2015                                          Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 11, 2015 at the address(es) listed below:
              Jonathan D Parker    on behalf of Debtor    Jessica Lynn Krupinski ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter N Metrou    on behalf of Creditor    Hampton Glen Master Operating Association
               met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
              Peter N Metrou    on behalf of Trustee Peter N Metrou met.trustee7@att.net,
               met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
              Peter N Metrou    met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com,
               pmetrou@ecf.epiqsystems.com
              Rachael A Stokas    on behalf of Creditor    Seterus, Inc. fka IBM Lender Business Process Services,
               Inc. ND-Two@il.cslegal.com
                                                                                              TOTAL: 6
```