UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KRUPINSKI, JESSICA LYNN | § | Case No. 11-13556 |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 140,000.00               Assets Exempt: 12,006.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 68,420.26     Claims Discharged
                                                Without Payment: 5,060.00

Total Expenses of Administration: 127,913.94

---

3) Total gross receipts of $ 260,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 63,665.80 (see **Exhibit 2**), yielded net receipts of $ 196,334.20 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 167,177.00 | $ 57,591.94 | $ 57,591.94 | $ 57,591.94 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 127,913.94 | 127,913.94 | 127,913.94 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 14,959.00 | 10,697.20 | 10,697.20 | 10,828.32 |
| **TOTAL DISBURSEMENTS** | $ 182,136.00 | $ 196,203.08 | $ 196,203.08 | $ 196,334.20 |

4)  This case was originally filed under chapter 7 on  03/31/2011 .  The case was pending for 58 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/07/2016              By:/s/Peter N. Metrou, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PI Case Pending | 1242-000 | 260,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 260,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JESSICA LYNN KRUPINSKI | Exemptions | 8100-000 | 15,000.00 |
| JESSICA LYNN KRUPINSKI | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 48,665.80 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 63,665.80** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 Chase Home Finance Bankruptcy Department PO Box 24696 Columbus OH 43224 | | 166,520.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2 Hampton Glen Attn: Bankruptcy Dept. PO Box 7110 Libertyville IL 60048 | | 657.00 | NA | NA | 0.00 |
| | 30 North LaSalle, Ste 2100 Chicago IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Codilis & Associates, PC Bankruptcy Department 15W030 N. Frontage Rd. #100 Burr Ridge IL 60527 | | 0.00 | NA | NA | 0.00 |
| | David Kolb | | 0.00 | NA | NA | 0.00 |
| | Will County Circuit Court Doc # 10 LM 3364 14 W. Jefferson St Joliet IL 60432 | | 0.00 | NA | NA | 0.00 |
| | Will County Circuit Court Doc #10CH3034 14 W. Jefferson St Joliet IL 60432 | | 0.00 | NA | NA | 0.00 |
| 000002 | HAMPTON GLEN MASTER OPERATING ASSOC | 4110-000 | NA | 0.00 | 0.00 | 0.00 |
| | TRAVELERS | 4210-000 | NA | 57,591.94 | 57,591.94 | 57,591.94 |
| **TOTAL SECURED CLAIMS** | | | **$ 167,177.00** | **$ 57,591.94** | **$ 57,591.94** | **$ 57,591.94** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | 2100-000 | NA | 13,066.71 | 13,066.71 | 13,066.71 |
| PETER N METROU | 2200-000 | NA | 154.53 | 154.53 | 154.53 |
| THEODOROS & ROOTH PC | 3210-000 | NA | 86,666.67 | 86,666.67 | 86,666.67 |
| THEODOROS & ROOTH PC | 3220-000 | NA | 28,026.03 | 28,026.03 | 28,026.03 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 127,913.94 | $ 127,913.94 | $ 127,913.94 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 AT&T U-verse Bankruptcy Department PO Box 1857 Alpharetta GA 30023 | | 692.00 | NA | NA | 0.00 |
| | 10 Creditors Collection B Attn: Bankruptcy Dept. 755 Almar Pkwy Bourbonnais IL 60914 | | 641.00 | NA | NA | 0.00 |
| | 11 Creditors Collection B Attn: Bankruptcy Dept. 755 Almar Pkwy Bourbonnais IL 60914 | | 272.00 | NA | NA | 0.00 |
| | 12 Creditors Discount & A Attn: Bankruptcy Dept. 415 E Main St Streator IL 61364 | | 219.00 | NA | NA | 0.00 |
| | 13 Creditors Discount & A Attn: Bankruptcy Dept. 415 E Main St Streator IL 61364 | | 574.00 | NA | NA | 0.00 |
| | 15 Edward Hospital Attn: Bankruptcy Department 801 S. Washington st. Naperville IL 60566 | | 163.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 16 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | 0.00 | NA | NA | 0.00 |
| | 17 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | 0.00 | NA | NA | 0.00 |
| | 19 HRRG Attn: Bankruptcy Dept. PO Box 189053 Fort Lauderdale FL 33318 | | 20.00 | NA | NA | 0.00 |
| | 22 M&M Orthopaedics LTD Attn: Bankruptcy Dept. 4300 Commerce Ct Ste230 Lisle IL 60532 | | 24.00 | NA | NA | 0.00 |
| | 23 Naperville Radiologists Attn: Bankruptcy Department Box 70 Hinsdale IL 60522 | | 17.00 | NA | NA | 0.00 |
| | 24 Nicor Gas Bankruptcy Department PO Box 549 Aurora IL 60507 | | 234.00 | NA | NA | 0.00 |
| | 25 PLantation Billing Center Attn: Bankruptcy Dept. PO Box 189016 Fort Lauderdale FL 33318 | | 13.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 26 Prairie Emergency Attn: Bankruptcy Dept. PO Box 189016 Fort Lauderdale FL 33318 | | 13.00 | NA | NA | 0.00 |
| | 27 Premier Dermatology Attn: Bankruptcy Dept. 2051 Plainfield Rd Crest Hill IL 60403 | | 45.00 | NA | NA | 0.00 |
| | 28 Provena St. Joseph Hospital Attn: Bankruptcy Department 77 North Airlite Street 60123-4912 | | 221.00 | NA | NA | 0.00 |
| | 29 Shorewood Family Dental Attn: Bankruptcy Dept. 607 W Jefferson St Shorewood IL 60404 | | 228.00 | NA | NA | 0.00 |
| | 31 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | 0.00 | NA | NA | 0.00 |
| | 32 US Cellular Bankruptcy Department PO Box 7835 Madison WI 53707-7835 | | 192.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 4 City of Chicago Bureau Parking Department of Revenue PO Box 88292 Chicago IL 60680 | | 120.00 | NA | NA | 0.00 |
| | 5 City of Chicago/Dept. of Rev. Cost Recovery & Coll. Div. 121 N. LaSalle St., Room 107A Chicago IL 60602 | | 120.00 | NA | NA | 0.00 |
| | 6 City of Joliet Finance Department 150 W. Jefferson St. Joliet IL 60402 | | 380.00 | NA | NA | 0.00 |
| | 7 Commonwealth Edison Attn: System Credit/BK Dept 3 Lincoln Center 4th Floor Oakbrook Terrace IL 60181 | | 178.00 | NA | NA | 0.00 |
| | 8 Creditors Collection B Attn: Bankruptcy Dept. 755 Almar Pkwy Bourbonnais IL 60914 | | 207.00 | NA | NA | 0.00 |
| | 9 Creditors Collection B Attn: Bankruptcy Dept. 755 Almar Pkwy Bourbonnais IL 60914 | | 487.00 | NA | NA | 0.00 |
| 000005 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | 2,883.00 | 3,138.22 | 3,138.22 | 3,138.22 |
| 000006 | CAPITAL ONE, N.A. | 7100-000 | 795.00 | 946.54 | 946.54 | 946.54 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | CHASE BANK USA, N.A. | 7100-000 | 2,477.00 | 2,477.54 | 2,477.54 | 2,477.54 |
| 000004 | CHASE BANK USA, N.A. | 7100-000 | 1,521.00 | 1,521.58 | 1,521.58 | 1,521.58 |
| 000001 | DERMATOLOGY LIMITED | 7100-000 | 42.00 | 100.50 | 100.50 | 100.50 |
| 000008 | LVNV FUNDING LLC | 7100-000 | 1,651.00 | 1,970.90 | 1,970.90 | 1,970.90 |
| 000007 | MIDLAND FUNDING LLC | 7100-000 | 530.00 | 541.92 | 541.92 | 541.92 |
| | AMERICAN INFOSOURCE LP AS AGENT FOR | 7990-000 | NA | NA | NA | 38.47 |
| | CAPITAL ONE, N.A. | 7990-000 | NA | NA | NA | 11.60 |
| | CHASE BANK USA, N.A. | 7990-000 | NA | NA | NA | 49.02 |
| | DERMATOLOGY LIMITED | 7990-000 | NA | NA | NA | 1.23 |
| | LVNV FUNDING LLC | 7990-000 | NA | NA | NA | 24.16 |
| | MIDLAND FUNDING LLC | 7990-000 | NA | NA | NA | 6.64 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 14,959.00 | $ 10,697.20 | $ 10,697.20 | $ 10,828.32 |

FORM 1

Page: 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No: | 11-13556 | BWB | Judge: BRUCE W. BLACK | | Trustee Name: | Peter N. Metrou, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | KRUPINSKI, JESSICA LYNN | | | | Date Filed (f) or Converted (c): | 03/31/11 (f) |
| | | | | | 341(a) Meeting Date: | 05/09/11 |
| For Period Ending: | 01/07/16 | | | | Claims Bar Date: | 09/08/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. PI Case Pending (u) | 0.00 | 260,000.00 | | 260,000.00 | FA |
| 2. 4924 Montauk Dr, Unit 192, Plainfield, IL | 140,000.00 | 0.00 | | 0.00 | FA |
| 3. checking account with Chase | 200.00 | 0.00 | | 0.00 | FA |
| 4. savings account with Chase | 6.00 | 0.00 | | 0.00 | FA |
| 5. savings account with Harris | 100.00 | 0.00 | | 0.00 | FA |
| 6. Household goods; TV, DVD player, TV stand, stere | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. Books, Compact Discs, Tapes/Records, Family Pict | 50.00 | 0.00 | | 0.00 | FA |
| 8. Necessary wearing apparel. | 100.00 | 0.00 | | 0.00 | FA |
| 9. Earrings, watch, costume jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 10. Term Life Insurance - No Cash Surrender Value. | 0.00 | 0.00 | | 0.00 | FA |
| 11. Pension w/ Employer - 100% Exempt. | 10,000.00 | 0.00 | | 0.00 | FA |
| 12. Potential workers compensation suit | 0.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)        $152,006.00        $260,000.00                     $260,000.00

Gross Value of Remaining Assets
$0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

PI case pending; special counsel employed.

Initial Projected Date of Final Report (TFR): 06/08/12        Current Projected Date of Final Report (TFR): 12/31/15

LFORM1                                                                                                                                                           Ver: 19.05a

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-13556 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | KRUPINSKI, JESSICA LYNN | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******5363 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1802 | | | |
| For Period Ending: | 01/07/16 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/02/15 | 1 | Zurich American Insurance Company P.O. Box 66946 Chicago, IL 60666-0946 | PI Settlement | 1242-000 | 260,000.00 | | 260,000.00 |
| 09/17/15 | 005001 | THEODOROS & ROOTH PC 8750 BROADWAY, SUITE A MERRILLVILLE, IN 46410 | Spec Csl fees/Costs per 6-12-15 O/C | | | 114,692.70 | 145,307.30 |
| | | | Fees      86,666.67 | 3210-000 | | | |
| | | | Expenses  28,026.03 | 3220-000 | | | |
| 09/17/15 | 005002 | JESSICA LYNN KRUPINSKI 2104 BROOKSHIRE ESTATES COURT PLAINFIELD, IL  60586 | Debtor exemption | 8100-000 | | 15,000.00 | 130,307.30 |
| 09/17/15 | 005003 | TRAVELERS P.O. BOX 12647 READING, PA 19612-2647 | Lien Settlement per 6-12-15 O/C | 4210-000 | | 57,591.94 | 72,715.36 |
| 12/14/15 | 005004 | PETER N METROU 123 W. WASHINGTON STREET SUITE 216 OSWEGO, IL  60543 | Chapter 7 Compensation/Expense | | | 13,221.24 | 59,494.12 |
| | | | Fees      13,066.71 | 2100-000 | | | |
| | | | Expenses     154.53 | 2200-000 | | | |
| 12/14/15 | 005005 | Dermatology Limited Attn: Bankruptcy Dept. 2051 Plainfield Rd Crest Hill, IL 60403 | Claim 000001, Payment 101.22388% | | | 101.73 | 59,392.39 |
| | | | Claim       100.50 | 7100-000 | | | |
| | | | Interest       1.23 | 7990-000 | | | |
| 12/14/15 | 005006 | Chase Bank USA, N.A. PO Box 15145 | Claim 000003, Payment 101.22581% | | | 2,507.91 | 56,884.48 |
| | | | Page Subtotals | | 260,000.00 | 203,115.52 | |

Ver: 19.05a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-13556 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | KRUPINSKI, JESSICA LYNN | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******5363 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1802 | | |
| For Period Ending: | 01/07/16 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Wilmington, DE 19850-5145 | Claim          2,477.54 | 7100-000 | | | |
| | | | Interest          30.37 | 7990-000 | | | |
| 12/14/15 | 005007 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000004, Payment 101.22570% | | | 1,540.23 | 55,344.25 |
| | | | Claim          1,521.58 | 7100-000 | | | |
| | | | Interest          18.65 | 7990-000 | | | |
| 12/14/15 | 005008 | American InfoSource LP as agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 000005, Payment 101.22585% | | | 3,176.69 | 52,167.56 |
| | | | Claim          3,138.22 | 7100-000 | | | |
| | | | Interest          38.47 | 7990-000 | | | |
| 12/14/15 | 005009 | Capital One, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | Claim 000006, Payment 101.22552% | | | 958.14 | 51,209.42 |
| | | | Claim          946.54 | 7100-000 | | | |
| | | | Interest          11.60 | 7990-000 | | | |
| 12/14/15 | 005010 | Midland Funding LLC by it's authorized agent Recoser LLC<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000007, Payment 101.22527% | | | 548.56 | 50,660.86 |
| | | | Claim          541.92 | 7100-000 | | | |
| | | | Interest          6.64 | 7990-000 | | | |
| 12/14/15 | 005011 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587 | Claim 000008, Payment 101.22584% | | | 1,995.06 | 48,665.80 |

Page Subtotals                                       0.00         8,218.68

Ver: 19.05a

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 13)

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-13556 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | KRUPINSKI, JESSICA LYNN | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******5363 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1802 | | |
| For Period Ending: | 01/07/16 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | Account / CD Balance ($) |
| | | | | | Deposits ($) | Disbursements ($) | |
| 12/14/15 | 005012 | Greenville, SC 29603-0587<br><br>JESSICA LYNN KRUPINSKI<br>2104 BROOKSHIRE ESTATES COURT<br>PLAINFIELD, IL 60586 | Claim         1,970.90<br>Interest          24.16<br>Surplus Funds | 7100-000<br>7990-000<br>8200-002 | | 48,665.80 | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 260,000.00 | 260,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 260,000.00 | 260,000.00 | |
| Less: Payments to Debtors | | 63,665.80 | |
| Net | 260,000.00 | 196,334.20 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********5363 | 260,000.00 | 196,334.20 | 0.00 |
| | 260,000.00 | 196,334.20 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         0.00         48,665.80

Ver: 19.05a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*